K. Greg Peterson, Esq. (SBN: 118287)
James A. Clinchard, Esq. (SBN: 200746)
LAW OFFICES OF K. GREG PETERSON
P. O. Box 254451
Sacramento, California 95865
Telephone:   (916) 443-3010
Facsimile:   (916) 492-2680
E-Mail:   greg@kgregpeterson.com
          jim@kgregpeterson.com

Attorney for Plaintiffs, SCOTT W. CABLE, MICHELE T. CABLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT W. CABLE; MICHELE T. CABLE,<br><br>  Plaintiffs,<br><br>v.<br><br>STEWART TITLE GUARANTY COMPANY,<br>a Texas corporation and Does 1 through 10,<br><br>  Defendants. | CASE NO.: 2:05-CV-00489 WBS DAD<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE: DISMISSAL |

Plaintiffs, SCOTT W. CABLE and MICHELE T. CABLE, and defendant, STEWART TITLE GUARANTY COMPANY, through their respective counsel, K. Greg Peterson, Esq. and Thomas E. Alborg, Esq., herewith stipulate to dismiss this action pursuant to the Federal Rules of Civil Procedure 41(a)(1)(ii) as follows:

1.   Plaintiffs are SCOTT W. CABLE and MICHELE T. CABLE; defendant is STEWART TITLE GUARANTY COMPANY, a Texas corporation.

2.   On January 20, 2005, plaintiff sued defendant in Sacramento County Superior Court, case No.05AS00244.

3.   On February 8, 2005, plaintiff filed a First Amended Complaint in Sacramento County Superior Court, case No.05AS00244.

4.   On March 9, 2005, defendant answered the First Amended Complaint in Sacramento County Superior Court, case No.05AS00244.

5. On March 14, 2005, Sacramento County Superior Court case No.05AS00244 was removed by defendant to the above-entitled court.

6. The parties have reached an agreement to settle this action on mutually acceptable terms. Among other things, both parties have agreed to bear their own attorney's fees and costs.

7. Plaintiffs move to dismiss the suit.

8. Defendant agrees to the dismissal.

9. This case is not a class action.

10. A receiver has not been appointed in this action.

11. Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

12. This dismissal is with prejudice.

IT IS HEREBY SO AGREED:

Dated: August ____, 2005          LAW OFFICES OF K. GREG PETERSON

By:_____
K. Greg Peterson, Esq., attorney for Plaintiffs, SCOTT W. CABLE and Michele T. CABLE

Dated: August ____, 2005          ALBORG, VEILUVA & EPSTEIN

By:_____
Thomas E. Alborg, Esq., attorney for Defendant, STEWART TITLE GUARANTY COMPANY

-2-
STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL

1 ORDER

2    Based upon the foregoing stipulation of the parties, and for good cause shown, the Court

3 hereby grants the request to dismiss the case with prejudice.

6                                        IT IS SO ORDERED:

8 Dated:  August 26, 2005

10                        _____
                          WILLIAM B. SHUBB
11                        UNITED STATES DISTRICT JUDGE